**David COPPEDGE, Petitioner–Appellant,**

v.

**Ron ANGELONE, Director of the Department of Corrections, Respondent–Appellee.**

No. 02–6037.

United States Court of Appeals, Fourth Circuit.

Submitted July 18, 2002.

Decided July 23, 2002.

David Coppedge, Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

David Coppedge seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Coppedge v. Angelone,* No. CA–01–640–AM (E.D.Va. Dec. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*DISMISSED.*